UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-00490 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of April 29, 2019, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, provide the following update to the Court on the status of this matter:

1. At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s December 7, 2017 request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

   a) Any and all records of contact or communication, including but not limited to emails, text messages, and instant chats between former Associate Deputy Attorney General Bruce G. Ohr and any of the following individuals/entities: former British intelligence officer Christopher Steele; owner of Fusion GPS, Glenn Simpson; and any other employees or representatives of Fusion GPS.

   b) Any and all travel requests, authorizations and expense reports for former Associate Deputy Attorney General Bruce G. Ohr.

   c) Any and all calendar entries of former Associate Deputy Attorney General Bruce G. Ohr.

2. On April 15, 2019, Defendant made its final release of records responsive to Plaintiff's FOIA request.

3. At Plaintiff's request, Defendant provided plaintiff with an informal summary of its search on May 10, 2019.

4. The parties continue to confer regarding any challenges to Defendant's search and withholdings under FOIA exemptions. The parties believe these discussions have been productive and request additional time to continue them in the hopes of narrowing the issues for litigation.

5. Accordingly, the parties respectfully request that the Court set the date for the parties' next status report to June 5, 2019.

| | |
|---|---|
| Respectfully submitted, | May 15, 2019 |
| /s/*Ramona R. Cotca* <br> Ramona R. Cotca (D.C. Bar No. 501159) <br> JUDICIAL WATCH, INC. <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024 <br> (202) 646-5172 <br> rcotca@judicialwatch.org <br><br> *Counsel for Plaintiff* | HASHIM MOOPPAN <br> Deputy Assistant Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> /s/ *Michael J. Gerardi* <br> Michael J. Gerardi (D.C. Bar No. 1017949) <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St. NW, No. 12212 <br> Washington, DC 20005 <br> Tel: (202) 616-0680 <br> Fax: (202) 616-8460 <br> E-mail: michael.j.gerardi@usdoj.gov <br><br> *Counsel for Defendant* |