UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 18-00490 (TNM) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of July 12, 2019, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, provide the following update to the Court on the status of this matter:

1.  At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s December 7, 2017 request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

    a)  Any and all records of contact or communication, including but not limited to emails, text messages, and instant chats between former Associate Deputy Attorney General Bruce G. Ohr and any of the following individuals/entities: former British intelligence officer Christopher Steele; owner of Fusion GPS, Glenn Simpson; and any other employees or representatives of Fusion GPS.

    b)  Any and all travel requests, authorizations and expense reports for former Associate Deputy Attorney General Bruce G. Ohr.

    c)  Any and all calendar entries of former Associate Deputy Attorney General Bruce G. Ohr.

2.  On April 15, 2019, Defendant made its final release of non-exempt records responsive to Plaintiff's FOIA request.

3. At Plaintiff's request, on May 10, 2019, Defendant provided Plaintiff with an informal summary of its search. On July 3, 2019, Defendant provided Plaintiff with a summary of withholdings and a description of the contents of pages of responsive records withheld in full by the FBI.

4. The parties are continuing to confer regarding challenges to Defendant's search and withholdings under FOIA exemptions in attempt to narrow the issues in dispute in this case. Accordingly, the parties respectfully request that they have an additional three weeks to confer, and respectfully request that the Court set the date for the parties' next status report to August 16, 2019 with their recommendations for further proceedings and a briefing schedule, if necessary.

Respectfully submitted,  July 26, 2019

/s/*Ramona R. Cotca*  
Ramona R. Cotca (D.C. Bar No. 501159)  
JUDICIAL WATCH, INC.  
425 Third Street S.W., Suite 800  
Washington, DC 20024  
(202) 646-5172  
rcotca@judicialwatch.org  

*Counsel for Plaintiff*

HASHIM MOOPPAN  
Deputy Assistant Attorney General  

MARCIA BERMAN  
Assistant Branch Director  

/s/ *Michael J. Gerardi*  
Michael J. Gerardi (D.C. Bar No. 1017949)  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L St. NW, No. 12212  
Washington, DC 20005  
Tel: (202) 616-0680  
Fax: (202) 616-8460  
E-mail: michael.j.gerardi@usdoj.gov  

*Counsel for Defendant*