UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 18-00490 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of June 22, 2020, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, provide the following update to the Court on the status of this matter:

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff Judicial Watch, Inc.'s request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

    a) Any and all records of contact or communication, including but not limited to emails, text messages, and instant chats between former Associate Deputy Attorney General Bruce G. Ohr and any of the following individuals/entities: former British intelligence officer Christopher Steele; owner of Fusion GPS, Glenn Simpson; and any other employees or representatives of Fusion GPS.

    b) Any and all travel requests, authorizations and expense reports for former Associate Deputy Attorney General Bruce G. Ohr.

    c) Any and all calendar entries of former Associate Deputy Attorney General Bruce G. Ohr.

2. DOJ has completed its search and released non-exempt records responsive to these requests.

3. Pursuant to the most recent joint status report, the parties are continuing to work towards a settlement of all claims in this case, including attorney's fees and costs. The parties, however, require additional time to complete these discussions.

4. Accordingly, the parties respectfully request that they be permitted to submit a further joint status report by August 5, 2020 regarding the status of the settlement discussions and any further proceedings, if necessary.

| | |
|---|---|
| Respectfully submitted, | July 8, 2020 |
| /s/ *Ramona R. Cotca* <br> Ramona R. Cotca (D.C. Bar No. 501159) <br> JUDICIAL WATCH, INC. <br> 425 Third Street S.W., Suite 800 <br> Washington, DC 20024 <br> Tel.:   (202) 646-5172, ext. 328 <br> Fax:   (202) 646-5199 <br> Email:  rcotca@judicialwatch.org <br><br> *Counsel for Plaintiff* | ETHAN P. DAVIS <br> Principal Deputy Assistant Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> /s/ *Michael J. Gerardi* <br> Michael J. Gerardi (D.C. Bar No. 1017949) <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St. NW, Room 12212 <br> Washington, DC 20005 <br> Tel: (202) 616-0680 <br> Fax: (202) 616-8460 <br> E-mail: michael.j.gerardi@usdoj.gov <br><br> *Counsel for Defendant* |